435 A.2d 640

Commonwealth ex rel., Brody v. Brody, Appellant.

Submitted December 5, 1980.   Eric J. Cox, for appellant; Paul C. Vangrossi, for appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The order of the court below is hereby affirmed on the able and comprehensive opinion of the Honorable Samuel W. Salus, II, of the Montgomery County Court of Common Pleas.

435 A.2d 640

French, Appellant v. French.

Argued December 6, 1979.   George P. Noel, for appellant; Joseph W. Kauffman, submitted a brief on behalf of appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.